UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARENCE KIRKLAND,<br><br>       Plaintiff,<br><br>  -against-<br><br>JANET DiFIORE; JAMES BAVERO; ANTHONY A. SCARPINO, JR.,<br><br>       Defendants. | 20-CV-8972 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 9, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 10, 2021
    New York, New York

                 *Louis L. Stanton*
                 Louis L. Stanton
                   U.S.D.J.